1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    DONTA LADEAL KYLE,                        No.  2:20-CV-2148-JAM-DMC-P

12              Plaintiff,

13         v.                                    <u>ORDER</u>

14    PATRICK COVELLO, et al.,

15              Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to proceed in forma

19    pauperis (ECF No. 3).  Plaintiff has submitted a declaration that makes the showing required by

20    28 U.S.C. § 1915(a).  The request to proceed in forma pauperis is, therefore, granted.

21         IT IS SO ORDERED.

22    Dated:  November 18, 2020

23                                              _____
                                               DENNIS M. COTA
24                                             UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                              1